*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: February 19, 2015        D-17-15

_____

In the Matter of ATTORNEYS IN
   VIOLATION OF JUDICIARY LAW
   § 468-a.

COMMITTEE ON PROFESSIONAL             MEMORANDUM AND ORDER
   STANDARDS,                           ON MOTION
                   Petitioner;

JORGE O. MARTINEZ,
                   Respondent.

(Attorney Registration No. 2009066)

_____

Calendar Date: February 9, 2015

Before: McCarthy, J.P., Garry, Egan Jr. and Clark, JJ.

_____

     Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

     Jorge O. Martinez, Fairfield, Connecticut, respondent pro
se.

_____

Per Curiam.

     Respondent, who was admitted to practice by this Court in
1985, was suspended by this Court's order dated September 24,
2009 for failure to comply with the attorney registration
requirements of Judiciary Law § 468-a (65 AD3d 1447 [2009]).

     Respondent now requests reinstatement on the ground that he
has complied with the attorney registration requirements of
Judiciary Law § 468-a and the Rules of the Chief Administrator of

the Courts (see 22 NYCRR part 118).  Petitioner does not object to respondent's application.

Respondent's application is granted and he is ordered reinstated, effective immediately.

McCarthy, J.P., Garry, Egan Jr. and Clark, JJ., concur.


ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.


ENTER:

Robert D. Mayberger
Clerk of the Court